■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY HILL, Appellant. [603 NYS2d 720] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered October 15, 1991, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of 8 years to life imprisonment, unanimously affirmed.

The testimony of the arresting police officer that he believed defendant possessed a gun, and that he continued to believe such after frisking defendant, is not incredible and does not warrant disturbing the suppression court's findings of credibility (see, People v Garafolo, 44 AD2d 86, 88). Nor do we find defendant's bargained-for sentence to be unduly harsh. Concur —Rosenberger, J. P., Wallach, Asch and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR CASTILLO, Appellant. [603 NYS2d 720] —Judgment, Supreme Court, New York County (George Roberts, J.), rendered April 17, 1990, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Wallach, Asch and Rubin, JJ.